# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ALEX WITHERBEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2742

————————————————

May 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Alex Witherbee, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.